Decisions announced without Opinions.

No. 607. BOARD OF LIQUIDATION OF THE CITY DEBT OF NEW ORLEANS *v.* UNITED STATES *ex rel.* FISHER. Fifth Circuit. Denied April 8, 1901. (Mr. Justice White and Mr. Justice Peckham took no part in the consideration and disposition of this application.) *Mr. Branch K. Miller* for the petitioner. *Mr. Charles Louque* and *Mr. E. Howard McCaleb* opposing.

No. 594. PASSAIC PRINT WORKS *v.* ELY AND WALKER DRY GOODS COMPANY. Eighth Circuit. Denied April 15, 1901. *Mr. Frederick V. Van Vorst* for the petitioner. *Mr. William B. Thompson* opposing.

No. 605. PARKER *v.* SQUIRES. Sixth Circuit. Denied April 15, 1901. *Mr. William J. Gray* for the petitioner. *Mr. Ronald Kelly* opposing.

No. 623. KELLY *v.* JUTTE AND FOLEY COMPANY. Third Circuit. Denied April 15, 1901. *Mr. E. Spencer Miller* for the petitioner. *Mr. Richard P. White* opposing.

No. 624. RIEGER *v.* UNITED STATES. Eighth Circuit. Denied April 15, 1901. *Mr. Frank Hagerman* and *Mr. Willard P. Hall* for the petitioner. *Mr. Attorney General* and *Mr. Wm. H. Wallace* opposing.

No. 625. HARTFORD FIRE INSURANCE COMPANY *v.* WILSON. Court of Appeals of the District of Columbia. Granted April 15, 1901. *Mr. Alexander Wolf* and *Mr. Samuel B. Paul* for the petitioner. *Mr. Henry P. Blair* opposing.

No. 610. BURT *v.* UNION CENTRAL LIFE INSURANCE COMPANY. Fifth Circuit. Granted April 22, 1901. *Mr. A. W. Terrell* for the petitioners.